IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| v. | ) NO. 4:08-CV-000184 WRW<br>)<br>) |
| DAVID H. CHEATHAM<br>Defendant. | )<br>) |

## DEFAULT JUDGMENT

Plaintiff having requested entry of default judgment for a sum certain under Rule 55(b)(1) of the Federal Rules of Civil Procedure; and upon affidavit that the defendant is not an infant or incompetent person and is not in the military service of the United States, and defendant being in default by reason of complaint, and summons having been served upon said defendant on March 6, 2008 and no answer or other responsive pleading having been filed,

JUDGEMENT is entered herein in favor of plaintiff, United States of America, and against defendant, David H. Cheatham, in the sum of $29,587.58 principal; $0.00 administrative cost; $12,618.29 interest as of April 14, 2008; plus administrative fees of $0.00; $290.00 filing fees; and $60.00 docket fees; for a total judgment amount of $42,555.87, with interest at the rate of 6.880 % per annum until the date of judgment and from the date of judgment at the legal rate until fully paid, and all other cost, if any.

Dated this 15th day of April, 2008.

James. W. McCormack
United States District Clerk

By: *Martha Dugate*
Deputy Clerk